AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

CITY OF BOSTON, Plaintiff

V.

K-SEA TRANSPORTATION LLC
and EW HOLDING CORP., Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03-12416RWZ

TO: (Name and address of Defendant)

K-SEA TRANSPORTATION LLC         c/o CT Corporation System
3245 Richmond Terrace            111 Eighth Avenue
Staten Island, NY 10303          New York, NY 10011-5201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Finn
FINN & FINN
2 Hayden Rowe Street
Hopkinton, MA 01748
(508) 497-5019

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                     December 1, 2003
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 13, 2004 |
| NAME OF SERVER (PRINT)<br>John J. Finn | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served by certified mail, return receipt requested, upon K-Sea Transportation LLC, c/o CT Corporation System, 111 Eighth Avenue New York, NY 1011-5201, as registered agent for defendant, copy attached.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/2/04
          Date

*Signature of Server*

FINN & FINN
Attorneys at Law
2 Hayden Rowe Street
Hopkinton, MA 01748

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# FINN & FINN

ATTORNEYS AT LAW
2 HAYDEN ROWE STREET
HOPKINTON, MASSACHUSETTS 01748

John J. Finn
Michael A. Finn
Brian M. Monahan
———◊———
Nicole A. Easler
   Paralegal

Tel: (508) 497-5019
Fax: (508) 497-5190

January 8, 2004

**VIA CERTIFIED MAIL/RETURN RECEIPT**
CT Corporation System
111 Eighth Avenue
New York, NY 10011-5201

Re:    Your Client:  K-Sea Transportation LLC
                         3245 Richmond Terrace
                         Staten Island, NY 10303

     Case:        City of Boston v. K-Sea Transportation LLC
                         and E.W. Holding Corp.
                         U.S. District Court for District of Massachusetts
                         <u>Civil Action No. 03-12416RWZ</u>

Dear Sir or Madam:

      Pursuant to Rule 4(h)(3)(a) of the Federal Rules of Civil Procedure, concerning service upon corporations, and Rule 4(e) of the Massachusetts Rules of Civil Procedure, concerning service of process outside of the Commonwealth of Massachusetts, I am enclosing copies of the following documents:

        (1)    Summons addressed to defendant K-Sea Transportation LLC; and

        (2)    Complaint in the above-entitled action.

      These materials are served upon you as the registered agent for defendant K-Sea Transportation LLC. As indicated in the Summons, K-Sea Transportation must file its response to the Complaint within twenty (20) days of service.

      Thank you for your attention to this matter.

                                           Very truly yours,

                                           Brian M. Monahan

BMM/ln
Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

NEW YORK, NY 10011

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0748 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KTFZ35 |
| Total Postage & Fees | $ 4.65 | 01/08/04 |

Sent To: CT Corporation System
Street, Apt. No.; or PO Box No.: 111 Eighth Avenue
City, State, ZIP+4: New York, NY 10011-5201

7000 1670 0002 5110 6482

PS Form 3800, May 2000                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
111 Eighth AVenue
NEW YORK, NY 10011-5201

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery: 1-12-2004

C. Signature
X _____    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

Article Number (Copy from service label)
7000 1670 0002 5110 6482

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952