AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

CITY OF BOSTON, Plaintiff

V.

K-SEA TRANSPORTATION LLC
and EW HOLDING CORP., Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03-12416RWZ

TO: (Name and address of Defendant)

> EW HOLDING CORP.
> 3245 Richmond Terrace
> Staten Island, NY 10303
> ATTN:   Richard Falcinelli
>         Vice President of Administration

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> John J. Finn
> FINN & FINN
> 2 Hayden Rowe Street
> Hopkinton, MA 01748
> (508) 497-5019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE: December 1, 2003

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 12, 2004 |
| NAME OF SERVER *(PRINT)* John J. Finn | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by certified mail, return receipt requested, upon E.W. Holding Corp., c/o K-Sea Transportation LLC, 3245 Richmond Terrace, Staten Island, NY 10303, Attention: Richard Falcinelli, Vice President of Administration, copy attached.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/2/04
              Date

Signature of Server

FINN & FINN
Attorneys at Law
2 Hayden Rowe Street
Hopkinton, MA 01748

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# FINN & FINN

ATTORNEYS AT LAW
2 HAYDEN ROWE STREET
HOPKINTON, MASSACHUSETTS 01748

John J. Finn
Michael A. Finn
Brian M. Monahan
———◊———
Nicole A. Easler
   Paralegal

Tel: (508) 497-5019
Fax: (508) 497-5190

January 8, 2004

<u>VIA CERTIFIED MAIL/RETURN RECEIPT</u>
E.W. Holding Corp.
c/o K-Sea Transportation LLC
3245 Richmond Terrace
Staten Island, NY 10303

      Attn:  Richard Falcinelli,
             Vice President of Administration

      Re:   City of Boston v. K-Sea Transportation LLC
            and E.W. Holding Corp.
            U.S. District Court for District of Massachusetts
            <u>Civil Action No. 03-12416RWZ</u>

Dear Mr. Falcinelli:

      Pursuant to Rule 4(h)(3)(a) of the Federal Rules of Civil Procedure, concerning service upon corporations, and Rule 4(e) of the Massachusetts Rules of Civil Procedure, concerning service of process outside of the Commonwealth of Massachusetts, I am enclosing copies of the following documents:

      (1)    Summons addressed to defendant E.W. Holding Corp.; and

      (2)    Complaint in the above-entitled action.

      These materials are served upon you as the managing agent for defendant E.W. Holding Corp. As indicated in the Summons, E.W. Holding Corp. must file its response to the Complaint within twenty (20) days of service.

      Thank you for your attention to this matter.

                                                Very truly yours,

                                                */s/ Brian M. Monahan*

BMM/ln                                           Brian M. Monahan
Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 1670 0002 5110 6475

STATEN ISLAND, NY 10303

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0748 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | Clerk: KTFZ35 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.65 | 01/08/04 |

Sent To: EW Holding Corp.
Street, Apt. No.; or PO Box No.: 3245 Richmond Terrace
City, State, ZIP+4: Staten Island, NY 10303

PS Form 3800, May 2000     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: Richard Falcinelli,
Vice President of Administration
EW HOLDING CORP.
c/o K-SEA TRANSPORTATION LLC
3245 Richmond Terrace
Staten Island, NY 10303

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): A. Corda
B. Date of Delivery: 1/12/04
C. Signature: X (signed) — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

[Postmark: STATEN ISLAND NY, JAN 12 2004]

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0002 5110 6475

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952