UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CITY OF BOSTON,** | **CIVIL ACTION** |
| Plaintiff, | NO: 03-12416-RWZ |
| vs. | |
| **K-SEA TRANSPORTATION, LLC** and **K-SEA TRANSPORTATION CORP.,** Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendants, K-Sea Transportation, LLC and K-Sea Transportation Corp., in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**


_"/s" Thomas E. Clinton"
**Thomas E. Clinton**
**BBO NO. 086960**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   February 3, 2005