UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF BOSTON,<br><br>      Plaintiff,<br><br>v.<br><br>K-SEA TRANSPORTATION LLC<br>and EW HOLDING CORP.,<br><br>      Defendants. | CIVIL ACTION NO. 03-12416RWZ |

## ASSENTED-TO MOTION TO AMEND COMPLAINT

Plaintiff City of Boston hereby moves pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to amend its Complaint in Admiralty in this action by adding K-Sea Transportation Corp. as a defendant and removing EW Holding Corp. as a defendant. A copy of the proposed Amended Complaint in Admiralty is attached hereto as Exhibit A.

As grounds for this motion, plaintiff states that it has learned that at the time of the occurrence set forth in the original complaint, K-Sea Transportation Corp. operated the tug MARYLAND and the tank barge KTC-60, both of which were involved in the allision in issue in this action.

Counsel for defendants K-Sea Transportation LLC and K-Sea Transportation Corp. assent to this motion.

By its attorneys,

*/s/ John J. Finn*
John J. Finn, BBO# 166060
FINN & FINN
34 Chamberlain Street
P.O. Box 154
Hopkinton, MA 01748
(508) 497-5019

Assented to:

*Kenneth M. Chiarello /JJF*

Kenneth M. Chiarello
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA  02108
(617) 723-9165
Attorneys for defendants
K-Sea Transportation LLC and
K-Sea Transportation Corp.

Dated: January 24, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above Assented-to Motion to Amend Complaint was served upon the attorney for defendants K-Sea Transportation LLC and K-Sea Transportation Corp. by facsimile transmission on January 19, 2005 and by first class mail on January 24, 2005.

                                                John J. Finn