UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR 11  P 2: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| CITY OF BOSTON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: 03-12416RWZ |
| K-SEA TRANSPORTATION LLC and K-SEA TRANSPORTATION CORP., | ) |
| Defendants. | ) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(D), plaintiff City of Boston and defendants K-Sea Transportation LLC and K-Sea Transportation Corp. hereby submit this Local Rule 16.1(D) joint statement.

### BACKGROUND

The plaintiff in this action, the City of Boston, seeks to recover monetary damages for physical harm to the fendering system of the Chelsea Street Bridge on December 8, 2000. Plaintiff alleges that, at approximately 1030 hours on December 8, 2000, as the tank barge KTC-60 and the tug MARYLAND were transiting the draw of the bridge, the tank barge and tug struck the fendering system of the bridge, causing extensive damage to the fendering system. The defendants have responded to the amended complaint and denied any liability.

## PROPOSED PRETRIAL SCHEDULE

A proposed pretrial schedule, including a joint discovery plan and proposed scheduling for the filing of motions is set forth below. The proposed schedule is as follows:

1. Initial Disclosures (Rule 26(a)(1) and L.R. 26.2(A)) by April 15, 2005;

2. Motions to amend pleadings or join parties by May 13, 2005;

3. Completion of fact discovery (written discovery and depositions) by October 28, 2005;

4. Expert disclosures under Rule 26(a)(2) and L.R. 16.5(C) and 26.4(A) by plaintiff by November 25, 2005, and expert disclosures by defendants by December 30, 2005;

5. Rebuttal expert reports (if any) within 45 days of the disclosure of the expert to be rebutted;

6. Completion of expert discovery by February 24, 2006;

7. All dispositive motions filed by March 24, 2006; and,

8. Proposed date for Final Pretrial Conference -- on or after April 21, 2006.

## MAGISTRATE JUDGE

The parties do not consent to trial by Magistrate Judge at this time.

## SETTLEMENT

The parties have conferred regarding the possibility of settlement, but to date no settlement agreement has been achieved. Counsel anticipate further discussions in this regard and may, at the appropriate time, seek referral of the matter to another judicial officer for settlement purposes as contemplated by Local Rule 16.4(B). Counsel will keep the court informed with respect to this issue.

## CERTIFICATIONS

Certifications required by Local Rule 16.1(D)(3) will be submitted on or before the Scheduling Conference.

By their attorneys,

*[signature]*
John J. Finn, BBO# 166060
FINN & FINN
2 Hayden Rowe Street
Hopkinton, MA 01748
(508) 497-5019
Attorneys for plaintiff City of Boston

*Kenneth M. Chiarello/JJF*
Thomas E. Clinton, BBO#086960
Kenneth M. Chiarello, BBO#639274
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(610) 723-9165

Dated: March 11, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 3/11/05.

*[signature]*
JOHN J. FINN