```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CITY OF BOSTON,<br>    Plaintiff, | CIVIL ACTION<br>NO: 03-11651-RWZ |
| vs. | |
| K-SEA TRANSPORTATION, LLC<br>and K-SEA TRANSPORTATION CORP.,<br>    Defendants. | |

_____

| | |
|---|---|
| CITY OF BOSTON,<br>    Plaintiff, | CIVIL ACTION<br>NO: 03-12416-RWZ |
| vs. | |
| K-SEA TRANSPORTATION, LLC<br>and K-SEA TRANSPORTATION CORP.,<br>    Defendants. | |

_____

| | |
|---|---|
| CITY OF BOSTON,<br>    Plaintiff, | CIVIL ACTION<br>NO: 03-11666-RWZ |
| vs. | |
| RED STAR TOWING & TRANSPORTATION<br>COMPANY, INC., REINAUER TRANSPORTATION<br>COMPANIES, LLC, HYGRADE OPERATORS, INC.,<br>and BOSTON TOWING & TRANSPORTATION COMPANY,<br>    Defendants. | |

_____

| | |
|---|---|
| CITY OF BOSTON,<br>    Plaintiff, | CIVIL ACTION<br>NO: 03-12415-RWZ |
| vs. | |
| REINAUER TRANSPORTATION<br>COMPANIES, LLC.<br>    Defendants. | |

## **JOINT MOTION TO CONTINUE MEDIATION**

Now come the parties, in the above-entitled actions, by and through their undersigned attorneys, and respectfully move this Honorable Court to re-schedule the March 2, 2006 Mediation until the week of April 24, 2006 or May 1, 2006, or such other time thereafter convenient to the Court's docket.  As grounds in support, the parties submit that additional discovery is necessary in order for the parties to be in a position to explore the possibility of settlement.

**WHEREFORE**, the parties pray that this Honorable Court re-schedule the March 2, 2006 Mediation until the week of April 24, 2006 or May 1, 2006, or such other time thereafter convenient to the Court's docket.

Respectfully submitted,

| **CITY OF BOSTON** | **K-SEA TRANSPORTATION LLC., K-SEA TRANSPORTATION CORP., RED STAR TOWING & TRANS. CO., INC., and HYGRADE OPERATORS, INC.** |
|---|---|
| "/s/John J. Finn"<br>John J. Finn, Esq.<br>BBO NO: 166060<br>FINN & FINN<br>34 Chamberlain Road<br>Hopkinton, MA  01748<br>(508) 497-5019 | _"/s/Kenneth M. Chiarello"<br>Kenneth M. Chiarello, Esq.<br>BBO NO: 639274<br>CLINTON & MUZYKA, P.C.<br>One Washington Mall<br>Boston, MA  02108<br>(617)723-9165 |

2

**REINAUER TRANSPORTATION COMPANIES, LLC and BOSTON TOWING & TRANSPORTATION CO.**

"/s/Gino Zonghetti"
Gino Zonghetti, Esq.
KENNY, STEARNS & ZONGHETTI
26 Broadway
New York, NY  10004
(212) 422-6111


Dated: February 10, 2006