UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF BOSTON,<br>    Plaintiff, | CIVIL ACTION<br>NO: 03-11651-RWZ |
| vs. | |
| K-SEA TRANSPORTATION, LLC<br>and K-SEA TRANSPORTATION CORP.,<br>    Defendants. | |
| CITY OF BOSTON,<br>    Plaintiff, | CIVIL ACTION<br>NO: 03-12416-RWZ |
| vs. | |
| K-SEA TRANSPORTATION, LLC<br>and K-SEA TRANSPORTATION CORP.,<br>    Defendants. | |

**DEFENDANTS' MOTION TO BE EXCUSED FROM THE AUGUST 14, 2006 MEDIATION AND TO HAVE A REPRESENTATIVE WITH SETTLEMENT AUTHORITY AVAILABLE BY TELEPHONE AFTER 12:30 P.M.**

Now come the defendants, K-Sea Transportation, LLC. and K-Sea Transportation Corp., in the above-entitled actions, by and through their undersigned counsel, and respectfully move this Honorable Court for permission not to have a representative attend the Mediation, and further moves this Honorable Court to allow the individual, who will be attending the Mediation and has full settlement authority, to be excused for a doctor's appointment at 12:30 p.m.  As grounds in support of this motion, the

parties submit the following for the Court's consideration.

1. The plaintiff in this action is seeking to recover property damages sustained to the fendering system for the Chelsea Street Bridge as a result of several allisions, two (2) of which involve the defendants' vessels (TUG MARYLAND & BARGE KTC-60).

2. At the time of the allisions, the defendants were insured by policies issued by American Home Insurance (AIG). Underwriters are controlling these cases and the defendants no longer have a financial interest. Accordingly, the defendants' requests that they be excused from having a representative attend the Mediation.

3. Lorna Rosquites of AIG will be attending the Mediation and has full settlement authority. However, she has a doctor's appointment at 1:00 p.m. on August 14, 2006, which cannot be rescheduled without presenting substantial difficulties. As such, the defendants request that she be excused from the Mediation at 12:30 p.m. Ms. Rosquites will be available thereafter by telephone. The remaining parties to the Mediation have no objection.

**WHEREFORE**, the defendants, K-Sea Transportation, LLC and K-Sea Transportation Corp., pray that they be excused from having a representative attend the Mediation, and further moves that Lorna Rosquiotes be excused from the Mediation at 12:30 p.m., but will be available thereafter by telephone.

        By its attorneys,

        **CLINTON & MUZYKA, P.C.**

        "/s/Thomas J. Muzyka"
        Thomas J. Muzyka
        BBO NO. 365540
        Kenneth M. Chiarello
        BBO NO: 639274
        One Washington Mall
        Suite 1400
        Boston, MA 02108
        (617) 723-9165

Dated: July 31, 2006