**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

   The City of Boston
         Plaintiff(s)

V.

   K-Sea Transportation LLC, et al.
         Defendant(s)

CIVIL ACTION
NO.   03-12416-RWZ

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Zobel

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   8/14/2006   I held the following ADR proceeding:

    _____  SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
    ___X___  MEDIATION                                 _____ SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL                               _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except _____].
The case was:

[X]   Settled. Your clerk should enter a   60   day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

   8/15/2006                                        Marianne B. Bowler, USMJ
    DATE                                                ADR Provider

(ADR Report (K-Sea2).wpd  - 4/12/2000)                                                                                        [adrrpt.]